**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| M. MANOR HOLDING, LP AND MOUNTAIN MANOR DEVELOPMENT COMPANY, LP, | : No. 585 MAL 2018<br>:<br>:<br>: |
| Petitioners | : Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court |
| | :<br>: |
| v. | :<br>:<br>: |
| MONROE COUNTY TAX CLAIM BUREAU AND THE MONROE COUNTY BOARD OF ASSESSMENT APPEALS, | :<br>:<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.